IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 25 2011

CLERK, U.S. DISTRICT COURT
by _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )　CASE NO.:  3:11-CR-250-M (10) |
| | ) |
| SARAH JANELLE HUTCHENS | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

SARAH JANELLE HUTCHENS, by consent, under authority of United States v. Dees, 125

F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered

a plea of guilty to Count(s) 1 of the Indictment.  After cautioning and examining SARAH JANELLE

HUTCHENS under oath concerning each of the subjects mentioned in Rule 11, I determined that

the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an

independent basis in fact containing each of the essential elements of such offense.  I therefore

recommend that the plea of guilty, and the plea agreement, be accepted, and that SARAH JANELLE

HUTCHENS be adjudged guilty and have sentence imposed accordingly.

Date:   October 25, 2011

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).